## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____
                                    )
LOVE TERMINAL PARTNERS, L.P., et al., )
                                    )
        Plaintiffs, )
                                    )  Case No. 08-536 L
    v.                            )
                                    )  Honorable Margaret M. Sweeney
UNITED STATES,                      )
                                    )
        Defendant.  )
_____)

## PLAINTIFFS' EXHIBIT LIST

In accordance with Appendix A ¶ 13, Plaintiffs, Love Terminal Partners, L.P., and Virginia Aerospace, LLC (collectively LTP/VA), submit the following list of exhibits that LTP/VA expect to offer at trial for case-in-chief or rebuttal purposes, other than those to be used exclusively for impeachment. LTP/VA reserve the right to use exhibits identified on the Government's exhibit list.

| Ex. # | Date | Title | Bates-Stamp Number Range |
|---|---|---|---|
| 1 | 6/10/1955 | Lease and Agreement between City of Dallas and Braniff Airways, Inc. | LTP-000810 – LTP-000849 |
| 2 | 8/29/1956 | First Supplement to Lease and Agreement between City of Dallas and Braniff Airways, Inc. | LTP-000778 – LTP-000783 |
| 3 | 7/25/1966 | Second Supplement to Lease and Agreement between City of Dallas and Braniff Airways, Inc. | LTP-000862 – LTP-000865 |
| 4 | 9/8/1977 | Lease of land and facilities at Dallas Love Field between City of Dallas and API Terminal, Inc. | LTP-015159 – LTP-015201 |
| 5 | 12/9/1979 | H.R. Conf. Rep. 96-716 | N/A |

| | | | |
|---|---|---|---|
| 6 | 11/21/1983 | Third Supplement to Lease and Agreement between City of Dallas and Braniff Airways, Inc. | LTP-000926 – LTP-000950 |
| 7 | 1/1/1984 | Southwest Airlines Co. Lease of terminal building premises at Love Field | LTP-015202 – LTP-015270 |
| 8 | 3/30/1992 | Fourth Supplement to Lease and Agreement between City of Dallas and DalFort Corporation (successor to Braniff Airways, Inc.) | LTP-00784 – LTP-000809 |
| 9 | 7/1992 | Analysis of the Impact of Changes to the Wright Amendment prepared by U.S. D.O.T. and Executive Summary | LTP-020299 – LTP-020562 and LTP-020283 – LTP-020298 |
| 10 | 9/22/1993 | Fifth Supplement to Lease and Agreement between City of Dallas and DalFort Corporation | LTP-000772 – LTP-000777 |
| 11 | 7/1/1994 | Continental Airlines, Inc. Lease of terminal building premises at Love Field | LTP-015120 – LTP-015158 |
| 12 | 2/1/1995 | Sixth Amendment to Southwest Airlines Love Field Terminal Building Premises Lease between the City of Dallas and Southwest Airlines, Co. | LTP-CFC-000148 – LTP-CFC-000157 |
| 13 | 2/1/1995 | Letter to D. Bruce from T.A. McArtor with attachments | DAL-CFC-003101 – DAL-CFC-003108 |
| 14 | 7/22/1997 | S. Rep. 105-55 | N/A |
| 15 | 10/7/1997 | H.R. Conf. Rep. 105-313 | N/A |
| 16 | 12/30/1997 | Sublease Agreement between DalFort Aerospace, L.P. and Asworth Corporation | LTP-011340 – LTP-011394 |
| 17 | 3/24/1998 | Sublease Agreement between Asworth Corporation and Legend Airlines, Inc. | LTP-011396 – LTP-011433 |
| 18 | 3/24/1998 | Ground Lease Agreement between Lemmon Ave. Property Holdings, Inc. and Legend Airlines, Inc. | LTP-021115 – LTP-021182 |
| 19 | 4/15/1998 | City of Dallas Confirmation regarding Sub-sublease Agreement between Asworth Corporation and Legend Airlines, Inc. | LTP-019937 |
| 20 | 7/23/1998 | Construction Contract by and between Legend Airlines, Inc. & McClier Corporation | LTP-001459 – LTP-001518 |

| # | Date | Description | Bates |
|---|------|-------------|-------|
| 21 | 8/1998 | Jones Lang Wooten Investment Summary: Legend Airlines Executive Terminal, Parking Garage, and Surface Parking | LTP-006749 – LTP-006785 |
| 22 | 1999 | Legend Airlines Management Discussion and Analysis for 3Q99 | LTP-002520 – LTP-002527 |
| 23 | 1/1/1999 | MLT Development Co. Lease of land and facilities at Dallas Love Field | LTP-015046 – LTP-015118 |
| 24 | 1/11/1999 | Letter from B. Campbell, The Campbell-Hill Aviation Group, to T.A. McArtor regarding potential lease value of Lemmon Ave. terminal | LTP-015042 – LTP-015045 |
| 25 | 1/12/1999 | Limited Amendment to Sublease Agreement between Asworth Corporation and Legend Airlines, Inc. | LTP-020563 – LTP-020570 |
| 26 | 1/12/1999 | Release and Indemnification Agreement between Legend Airlines, Inc. and Asworth Corporation | LTP-020571 – LTP-20574 |
| 27 | 3/9/1999 | Letter from K. Read to Legend Airlines, Inc. | LTP-033010 – LTP-033014 |
| 28 | 3/31/1999 | Letter from K. Read to T.A. McArtor and M. Fajack enclosing draft term sheet for Legend Airlines and Love Field Terminal and Parking Garage | LTP-032232 – LTP-032240 |
| 29 | 4/20/1999 | Terminal and Parking Income Statement with Regional Jet Operations Only | LTP-001060 |
| 30 | 4/21/1999 | Legend Terminal and Airlines Investment Review | LTP-032304 – LTP-032337 |
| 31 | 4/21/1999 | Love Field Terminal and Gate Summary | LTP-007719 – LTP-007729 |
| 32 | 5/18/1999 | Draft Memorandum of Understanding between Legend Airlines, Inc. & Delta Air Lines, Inc. | LTP-032535 – LTP-032539 |
| 33 | 5/27/1999 | Investment and Purchase Agreement by and among Legend Airlines, Inc., Love Investment Partners, L.P., and Love Commitment Partners, L.P., and Love Terminal Partners, L.P. | LTP-018870 – LTP-19006 |
| 34 | 6/18/1999 | Letter from K. Read to Yale, OPERF, Stanford, Nassau, Bucky Partners, Middlebury, and Idanta and DFT regarding investment in Legend Airlines | LTP-001524 – LTP-001533 |

| | | | |
|---|---|---|---|
| 35 | 6/23/1999 | Memorandum from K. Read to Yale, OPERF, Stanford, Nassau, Bucky Partners, Middlebury, and Idanta and DFT | LTP-032196 – LTP-032211 |
| 36 | 8/11/1999 | Gate License Agreement by and between Love Terminal Partners, L.P. and Legend Airlines, Inc. | LTP-008096 – LTP-008350 |
| 37 | 8/11/1999 | Amendment and Restatement of Sub-sublease between Asworth Corporation and Love Terminal Partners, L.P. | LTP-021237 – LTP-021294 |
| 38 | 8/11/1999 | Amended and Restated Gate License Agreement by and between Love Terminal Partners, L.P. and Legend Airlines, Inc. | LTP-030283 – LTP-030327 |
| 39 | 8/13/1999 | Memorandum of Sublease between Asworth Corporation and DalFort Aerospace, L.P. | LTP-000850 – LTP-000861 |
| 40 | 12/15/1999 | Letter of Intent from Delta Air Lines, Inc. to Legend Airlines, Inc. | LTP-008644 – LTP-008647 |
| 41 | 2000 | Private Placement Memorandum, Series H cumulative convertible preferred stock from Houlihan Lokey Howard & Zukin Capital | LTP-00036962 – LTP-00036993 |
| 42 | 3/31/2000 | Memorandum of Assignment and Assumption of Sublease between Asworth Corporation and Love Terminal Partners, L.P. | LTP-021299 – LTP-021304 |
| 43 | 3/31/2000 | Assignment and Assumption of Sublease Agreement by Asworth Corporation and Love Terminal Partners, L.P. | LTP-021295 – LTP-021298 |
| 44 | 4/7/2000 | Letter from M. Krywucki to D. Dillon and M. Pucker enclosing consent letter from the City of Dallas to Sublease agreement between Asworth Corporation & Love Terminal Partners, L.P. | LTP-008913 – LTP-008948 |
| 45 | 6/27/2000 | Gate License Agreement by and between Love Terminal Partners, Inc. and Delta Air Lines, Inc., and Love Parking Partners, L.P. | [Delta] 00010 – 00081 |
| 46 | 7/31/2000 | First Amendment to Amended and Restated Gate License Agreement by and between Love Terminal Partners, L.P. and Legend Airlines, Inc. | LTP-030400 – LTP-030401 |
| 47 | 7/31/2000 | Customer Advantages: Legend and Love Field versus DFW Carriers, draft #4 | LTP-00036994 – LTP-00037009 |

| # | Date | Description | Bates |
|---|---|---|---|
| 48 | 8/11/2000 | Customer Advantages: Legend and Love Field versus DFW Carriers, draft #4 | LTP-00037010 – LTP-00037017 |
| 49 | 8/29/2000 | Memorandum from C. Cavanaugh to Legend/License File regarding License Economics | LTP-001043 – LTP-0001047 |
| 50 | 9/7/2000 | Letter from J.C. Sterquell to The Hampstead Group, LLC | LTP-032614 - LTP-032615 |
| 51 | 11/3/2000 | Legend Airlines Competitive Position | LTP-032581 – LTP-032608 |
| 52 | 11/9/2000 | Legend Airlines investment Update from The Hampstead Group, LLC | LTP-019146 - LTP-019147 |
| 53 | 12/13/2000 | Draft of Overview of Love Executive Terminal Real Estate Transactions | LTP-00037018 – LTP-00037019 |
| 54 | 3/2001 | Dallas Love Field Master Plan | LTP-CFC-US000487 – LTP-CFC-US000814 |
| 55 | 5/2001 | Lease of Facilities in the Lemmon Avenue Terminal at Love Field, Dallas Texas, Confidential Information Memorandum, Seabury Securities LLC | LTP-001607 – LTP-001654 |
| 56 | 7/31/2001 | Airline Competition Plan Submitted for Dallas Love Field on behalf of the City of Dallas | LTP-CFC-000158 – LTP-CFC-000187 |
| 57 | 8/21/2001 | Letter from N. Sleeper to K. Gwyn regarding Lemmon Avenue Terminal Parking Garage | DAL-CFC-006892 – DAL-CFC-006893 |
| 58 | 3/14/2003 | A complete, summary of appraisal report of the former Legend Airline terminal and parking garage along with 5.7548 acres of addition land, by Henry S. Miller Consulting Group, for The Hampstead Group, LLC– date of value 2/5/2003 | LTP-00035927 – LTP-00036072 |
| 59 | 6/30/2003 | Letter from K. Gwyn to C. Lang | LTP-CFC-000188 – LTP-CFC-000193 |
| 60 | 7/21/2003 | Letter from G. Grayson to DalFort Aerospace, L.P. regarding Letter of Intent: Offer to purchase certain assets of DalFort Aerospace, L.P. | LTP-035739 – LTP-035742 |

| | | | |
|---|---|---|---|
| 61 | 12/22/2003 | Assignment and Assumption of Lease Agreement for property known as the "DalFort Facility" from DalFort Aerospace, L.P. to Virginia Aerospace, LLC, Vol. 1 of 2 | LTP-000368 – LTP-000768 |
| 62 | 12/24/2003 | Assignment and Assumption of Lease between DalFort Aerospace, L.P. and Virginia Aerospace, LLC | LTP-019701 – LTP-019707 |
| 63 | 3/11/2004 | Draft letter from S. Collier, The Staubach Company, to A. Naul regarding Adam Aircraft – Letter of Terms of Lease at 7701 Lemmon Avenue | LTP-012630 – LTP-012632 |
| 64 | 3/12/2004 | Letter to Adam Aircraft from Javlin Capital Partners, LLC regarding Letter of Terms for License at 7701 Lemmon Avenue | LTP-012633 – LTP-012637 |
| 65 | 9/30/2004 | Letter from R. Evans, City of Dallas, to A. Naul regarding Virginia Aerospace L.P. lease at Dallas Love Field | LTP-012638 – LTP-012639 |
| 66 | 12/23/2004 | E-mail from J. Perot to K. Gwyn regarding Virginia Aerospace | DAL-CFC-002216 |
| 67 | 1/21/2005 | Letter from A. Naul to J. Morgan regarding L-3 – Letter of Terms for Sublease at 7701 Lemmon Avenue | LTP-012610 – LTP-012613 |
| 68 | 2/28/2005 | Letter from K. Gwyn to C. Lang | LTP-CFC-US002148 – LTP-CFC-US002151 |
| 69 | 10/31/2005 | News Release: Wright Amendment Repeal Favored By A Lopsided 82% to 13% Margin in Metroplex Poll | LTP-00029338 – LTP-00029339 |
| 70 | 1/6-8/2006 | E-mails between D. McNamera and T. Kelly regarding Love Field | LTP-019629 |
| 71 | 3/27/2006 | Letter from G. Grayson to M. Suhmn, Dallas City Manager, regarding DalFort and Legend Airlines Facility – Love Field | LTP-019687 |
| 72 | 4/10/2006 | Confidentiality Agreement between Pinnacle Airlines Corp and Javelin Capital Partners | LTP-019574 – LTP-019577 |
| 73 | 4/28/2006 | Term Sheet for Love Field Executive Terminal Acquisition /Lease Assignment Transaction | LTP-000355 – LTP-000367 |

| 74 | 6/1/2006 | Term Sheet for Love Field Exec Terminal Acquisition/ Lease Assignment Transaction with edits | LTP-019136 – LTP-019145 |
| --- | --- | --- | --- |
| 75 | 6/12/2006 | Fax from P. Trenary, Pinnacle Airlines, to A. Naul | LTP-019597 – LTP-019598 |
| 76 | 6/15/2006 | Letter from J. Smith, JetBlue Airways, to K. Gwyn | DAL-CFC-012542 |
| 77 | 6/30/2006 | Legend Terminal Impact Analysis prepared by Altavision Geographics | Produced at Perkins Deposition |
| 78 | 7/11/2006 | Contract among the City of Dallas, City of Fort Worth, Southwest Airlines, American Airlines, and DFW International Airport Board Incorporating the | LTP-000063 – LTP-000073 |
| 79 | 7/25/2006 | E-mails between A. Naul, E. Faberman and D. McNamera re- DOJ Information | LTP-019640 – LTP-019644 |
| 80 | 8/1/2006 | Senate Report 109-317, Air Transportation to and from Love Field, Texas | N/A |
| 81 | 9/15/2006 | House Report 109-600 Part 2, Wright Amendment Reform Act | N/A |
| 82 | 9/29/2006 | House Wright Amendment Reform Act Legislative History, 152 Cong. Rec. H8002-01 from Westlaw | N/A |
| 83 | 10/13/2006 | Pub. L. 109-352: The Wright Amendment Reform Act | N/A |
| 84 | 6/25/2008 | Five Party Agreement TARPS for Dallas Love Field, Final Report | LTP-020575 – LTP-020957 |
| 85 | 12/9/2008 | Final Judgment, *City of Dallas v. Virginia Aerospace, LLC* [*City of Dallas v. Virginia Aerospace, LLC*, No. JE-0802085-P (Dallas Cnty. Just. Ct., Dec. 9, 2008) (order granting possession to Dallas)] | LTP-00037020 – LTP-00037021 |
| 86 | 4/24/2009 | News Release: "Delta Air Lines Adds Dallas-Love Field to Global Network" | N/A |
| 87 | 1/17/2012 | Expert Report of A. Cullum with attachments | N/A |
| 88 | 1/17/2012 | Expert Report of D. Anderson with attachments | N/A |
| 89 | 1/17/2012 | Expert Report of D. Meehan with attachments | N/A |

| | | | |
|---|---|---|---|
| 90 | 1/17/2012 | Expert Report of M. Massey with attachments | N/A |
| 91 | 1/17/2012 | Expert Report of R. Hazel with attachments | N/A |
| 92 | 2/17/2012 | Expert Rebuttal Report of D. Anderson with attachments | N/A |
| 93 | 2/17/2012 | Expert Rebuttal Report of D. Meehan with attachments | N/A |
| 94 | 2/17/2012 | Expert Rebuttal Report of M. Massey with attachments | N/A |
| 95 | 2/17/2012 | Expert Rebuttal Report of R. Hazel | N/A |
| 96 | 3/23/2012 | Supplemental Expert Rebuttal Report of D. Anderson | N/A |
| 97 | 4/12/2012 | Report, Fixed Based Operator Business Expansion, by W.T. Reed, July 11, 2011 | Produced by agreement April 12, 2012 |
| 98 | 7/9/2012 | DallasNews.com article "Delta partner to fly nonstop between Love Field and Atlanta" | N/A |
| 99 | | PowerPoint presentation: Legend Airlines at Love Field | LTP-00037022 – LTP-00037065 |
| 100 | | Fact Sheet on Discussions with Virginia Aerospace to relocate Adam Aircraft to Love Field | LTP-012614 – LTP-012616 |
| 101 | | PowerPoint Presentation on Legend Airlines | LTP-019007 – LTP-019077 |
| 102 | | Senate WARA Leg. History, 152 Cong. Rec. S10539-04 | N/A |
| 103 | | Lemmon Avenue Executive Terminal investment update | LTP-019149 |
| 104 | | Love Terminal Partners, L.P. presentation by The Seabury Group, LLC | LTP-019429 – LTP-019454 |
| 105 | | Potential Routes and Price Umbrella | LTP-035379 – LTP-035380 |
| 106 | | Gate Comparison Table | LTP-001531 |
| 107A | 3/1/2001 | Dallas Love Field Master Plan Existing Airport Facilities | LTP-CFC-US-000497 |
| 107B | 3/1/2001 | Dallas Love Field Master Plan Phase diagrams | LTP-CFC-US000667–LTP-CFC-US000668 |

| | | | |
|---|---|---|---|
| 107C | 5/16/2002 | Architectural Plans for Terminal Expansion | LTP-001597–LTP-001606 |
| 107D | 3/1/2003 | Photographs from Henry S. Miller Consulting Report | LTP-0035935–LTP-0035940 |
| 107E | 3/20/2003 | "Before" Photograph of Legend Terminal | Stipulation of 7/26/2010 |
| 107F | 6/25/2010 | "After" Photograph of Legend Terminal | Stipulation of 7/26/2010 |
| 107G | 1/17/2012 | Terminal Level Building Plan prepared by GFF Planning | Attachments B and C to Hazel Report |
| 107H | 1/17/2012 | Figure: Remote parking Facilities Serving the City Terminal | Anderson Rebuttal, p. 11 |
| 107I | 1/17/2012 | Figure: Commercial Airports that Serve the Dallas-Fort Worth Metroplex | Meehan Report, p. 15 |
| 107J | 1/17/2012 | Figure: The Twice Modified Wright Amendment States as of 2005 from the Expert Report of D. Meehan | Meehan Report p. 11 |
| 107K | 1/17/2012 | Map of Dallas Love Field and Surrounding Area | Massey Report, p. 14 |
| 107L | 1/17/2012 | Photographs from Massey Report | Massey Report, pp. 57–59 |
| 107M | | Aerial Photograph of Subject Property | LTP-00037069 |
| 107N | | Photographs of Legend Terminal and Demolition | LTP-CFC-US001250–LTP-CFC-US001255 |
| 107O | | Photographs from Legend Airlines Presentation | LTP-019440–LTP-019451 |
| 107P | 3/31/2003 | Lemmon Avenue Terminal Marketing DVD | LTP-00036961 |

Respectfully submitted,

 s/ Roger Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave., NW
Suite 1050
Washington, DC 20036
(202) 822-6760 (telephone)
(202) 822-6774 (facsimile)
Roger@Marzulla.com
Nancie@Marzulla.com

Date: August 13, 2012